IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MOCKINGBIRD 38, LLC**                                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:21-CV-00002-BSM**

**EAST ARKANSAS BROADCASTERS OF**
**JONESBORO, LLC**                                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE